Certificate Number: 17082-CAC-DE-024591705

Bankruptcy Case Number: 14-23906



17082-CAC-DE-024591705

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2014, at 8:01 o'clock PM MST, TONY BAENA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:    November 22, 2014            By:    /s/Orsolya K Lazar

Name:    Orsolya K Lazar

Title:    Executive Director